GREENSPON-NEWMAN, INC., Respondent, v. THE CUNARD STEAM SHIP COMPANY, LTD., Appellant.— Judgment modified by reducing the amount thereof to $954, with interest and costs, and as so modified affirmed, without costs. We are of opinion that the limitation of liability to the extent of £100 sterling per package is enforcible under the terms of the contract of carriage. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Seeger, J., dissents and votes for reversal and a dismissal of the complaint.

CHARLES D. HARTMAN, JR., Respondent, v. EDWARD W. CLUCAS and Others, Copartners, Doing Business under the Firm Name and Style of E. W. CLUCAS & Co., Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to amend the complaint within twenty days upon payment of costs to date. While we are of the opinion that the action was properly brought in equity, we think that the admission on the part of the plaintiff that dividends were accepted and retained by him both before and after the commencement of the action with full knowledge of the fraudulent representations alleged constituted a waiver of his right to rescind the contract. No explanation to avoid the effect thereof is given. (Schank v. Schuchman, 212 N. Y. 352.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.